# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00409-RJC-DSC

| | |
|---|---|
| BERNARD SCHULZ, | ) |
|         Plaintiff, | ) |
| v. | ) |
| BROOKLYN WATER BAGEL AND MCALLISTER'S DELI, | ) |
|         Defendants. | ) |

## ORDER

**THIS CAUSE** is before this Court on Defendant Brooklyn Water Enterprises, LLC's Motion to Accept its Motion to Dismiss as Timely Filed [D.E. 11]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Brooklyn Water Enterprises, LLC's Motion to Accept its Motion to Dismiss as Timely Filed is hereby **GRANTED**.

2. Brooklyn Water Enterprises, LLC's Motion to Dismiss [D.E. 9] is deemed to be timely filed.

**SO ORDERED**.

Signed: November 9, 2015

_____
David S. Cayer
United States Magistrate Judge